An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HERBERT SCOTT ROGERS,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 62992

**FILED**

MAY 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to set aside an order granting the State's motion to reconsider the imposition of a special sentence of lifetime supervision. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge. We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from such an order, *see Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990), therefore we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Jerome T. Tao, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Herbert Scott Rogers

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13726